**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| BRIAN KUZNESOFF, | |
| Plaintiff, | CIVIL ACTION NO. 3:CV-13-02138 |
| v. | (JUDGE CAPUTO) |
| THE FINISH LINE, INC., | |
| Defendant. | |

**ORDER**

**NOW**, this 3rd day of June, 2015, **IT IS HEREBY ORDERED** that:

(1) Plaintiff's Petition to Open (Doc. 6), construed as a petition to vacate the arbitration decision, will be *denied.*

(2) Defendant's Petition to Confirm Arbitration Award (Doc. 9) will be *granted.*

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge